IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 30 2005

GREGORY C. LANGHAM
CLERK

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTY LAND SERVICES, INC.,

Plaintiff,

v.

PB NETWORK SERVICES, INC., et al.,

Defendants.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 30th day of November 2005.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____
Counsel for Plaintiff:

_____
Counsel for Defendants: