IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

      Plaintiff,

v.

PB NETWORK SERVICES, INC., a Delaware corporation,
PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT NETWORK SERVICES, INC., a Delaware corporation, and
KIEWIT CONSTRUCTION CO., a Delaware corporation,

      Defendants,
and

PB NETWORK SERVICES, INC., a Delaware corporation, and
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company, and
KIEWIT NETWORK SERVICES, INC., a Delaware corporation,

      Third-Party Plaintiffs

v.

JAMES STEVENSON,
WILLIAM STEVENSON,
ED CROWSTON, and
LARRY ORTH,

      Third-Party Defendants.

_____

## ORDER
_____

As discussed at the status and scheduling hearing held on January 27, 2006, IT IS

HEREBY ORDERED as follows:

    1. The parties shall submit simultaneous briefs on the outstanding issues regarding the

constructive trust imposed in favor of Plaintiff Cross Country Land Services, Inc. and against Defendant Kiewit Network Services, Inc. on or before March 17, 2006;

    2.  Defendants shall file their requests for attorney fees and costs on or before March 17, 2006; and

    3.  A further status and scheduling hearing is set for **March 24, 2006 at 3:00 p.m.**

Dated: January   27  , 2006, in Denver, Colorado.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE