IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

    Plaintiff,

v.

PB NETWORK SERVICES, INC., a Delaware corporation,
PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT NETWORK SERVICES, INC., a Delaware corporation, and
KIEWIT CONSTRUCTION CO., a Delaware corporation,

    Defendants,

and

PB NETWORK SERVICES, INC., a Delaware corporation, and
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company, and
KIEWIT NETWORK SERVICES, INC., a Delaware corporation,

    Third-Party Plaintiffs

v.

JAMES STEVENSON,
WILLIAM STEVENSON,
ED CROWSTON, and
LARRY ORTH,

    Third-Party Defendants.

_____

## ORDER
_____

    Per agreement of the parties, IT IS HEREBY ORDERED that all claims asserted against the Third-Party Defendants are DISMISSED WITH PREJUDICE.

Dated: March   24  , 2006, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock

LEWIS T. BABCOCK, CHIEF JUDGE