IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

    Plaintiff,

v.

PB NETWORK SERVICES, INC., a Delaware corporation,
PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT NETWORK SERVICES, INC., a Delaware corporation, and
KIEWIT CONSTRUCTION CO., a Delaware corporation,

    Defendants,

and

PB NETWORK SERVICES, INC., a Delaware corporation, and
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company, and
KIEWIT NETWORK SERVICES, INC., a Delaware corporation,

    Third-Party Plaintiffs

v.

JAMES STEVENSON,
WILLIAM STEVENSON,
ED CROWSTON, and
LARRY ORTH,

    Third-Party Defendants.

_____

ORDER
_____

As discussed at the status and scheduling hearing held on March 24, 2006, IT IS

HEREBY ORDERED as follows:

    1. Plaintiff shall have up to and including April 5, 2006 in which to file a response to the

constructive trust issues raised by Defendants in their brief filed March 17, 2006. Defendants shall then have up to and including April 12, 2006 in which to file a reply to Plaintiff's response.

2. Plaintiff shall have up to and including April 24, 2006 in which to file a response to Defendants' Motion for Attorney Fees filed March 17, 2006. Defendants shall then have up to and including May 5, 2006 in which to file a reply to Plaintiff's response.

Dated: March    24   , 2006, in Denver, Colorado.

                    BY THE COURT:

                      s/Lewis T. Babcock
                    LEWIS T. BABCOCK, CHIEF JUDGE