IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

    Plaintiff,

v.

PB NETWORK SERVICES, INC., a Delaware corporation,
PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT NETWORK SERVICES, INC., a Delaware corporation, and
KIEWIT CONSTRUCTION CO., a Delaware corporation,

    Defendants,
and

PB NETWORK SERVICES, INC., a Delaware corporation, and
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company, and
KIEWIT NETWORK SERVICES, INC., a Delaware corporation,

    Third-Party Plaintiffs

v.

JAMES STEVENSON,
WILLIAM STEVENSON,
ED CROWSTON, and
LARRY ORTH,

    Third-Party Defendants.
_____

## ORDER
_____

    This case is before me on Plaintiff Cross Country Land Services, Inc.'s ("Cross Country")

Motion for Prejudgment Interest. By this motion, Cross Country seeks an award of prejudgment

interest on the constructive trust imposed in its favor and against Defendant Kiewit Network

Services Co., ("KNS") in the amended amount of $344,810.60 from May 6, 2002, which is the date that Cross Country alleges the funds in question were tendered to KNS, through the date that judgment is entered. In its objection to the motion, KNS does not dispute that Cross Country is entitled to an award of prejudgment interest but argues that such interest should begin to accrue on May 2, 2003, which is the date that KNS alleges the funds in question were tendered to it. Since Cross Country has not disputed the accuracy of the May 2, 2003 date in a reply to the motion and since KNS is in the best position to know when the subject funds were tendered to it in any event, I conclude that Cross Country is entitled to prejudgment interest at the statutory rate of 8% per annum from this date through the date that judgment is entered.

IT IS THEREFORE ORDERED that:

1. Cross Country's Motion for Prejudgment Interest [Doc # 433] is GRANTED; and

2. Judgment shall enter in favor of Cross Country and against KNS for prejudgment interest on the constructive trust amount of $344,810.60 at the statutory rate of 8% per annum from May 2, 2003 through the date that judgment is entered.

Dated: May   30  , 2006 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE