IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

    Plaintiff,

v.

PB NETWORK SERVICES, INC., a Delaware corporation,
PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT NETWORK SERVICES, CO., a Delaware corporation, and
KIEWIT CONSTRUCTION CO., a Delaware corporation,

    Defendants,

and

PB NETWORK SERVICES, INC., a Delaware corporation, and
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company, and
KIEWIT NETWORK SERVICES, CO., a Delaware corporation,

    Third-Party Plaintiffs

v.

JAMES STEVENSON,
WILLIAM STEVENSON,
ED CROWSTON, and
LARRY ORTH,

    Third-Party Defendants.

_____

## ORDER
_____

    This case is before me on Defendant Kiewit Network Services Co.'s ("KNS") Motion for Entry of Satisfaction of Judgment and Partial Satisfaction of Judgment. By this motion, KNS seeks the entry of a satisfaction of the judgment entered in favor of Plaintiff Cross Country Land

Services, Inc. ("Cross Country") and against KNS in the principal amount of $344,810.60 (the "Cross Country Judgment") and the entry of a partial satisfaction of the judgment entered in favor of Defendant PB Network Services, Inc. ("PBNS") in the principal amount of $781,886.05 (the "PBNS Judgment"). KNS's request is predicated on an assignment of the larger PBNS Judgment to it.

Rule 60(b)(5), C.R.C.P., authorizes relief from final judgment if the judgment has been satisfied, released, or discharged or if it is no longer equitable for the judgment to have prospective application. Although the relief requested by KNS might ordinarily be appropriate under this rule, the circumstances present here weigh in favor of maintaining the status quo. Specifically, Cross Country has represented that it intends to appeal the PBNS Judgment. If this appeal is successful, then any satisfaction of judgment entered would have to be reversed thereby further complicating the final resolution of this longstanding case. Moreover, since Cross Country has agreed to stay execution of the Cross Country Judgment pending appeal, it is not inequitable to KNS to maintain the status quo.

IT IS THEREFORE ORDERED that KNS's Motion for Entry of Satisfaction of Judgment and Partial Satisfaction of Judgment [Doc # 445] is DENIED.

Dated: June   29  , 2006 in Denver, Colorado.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, CHIEF JUDGE