IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

    Plaintiff,

v.

PB NETWORK SERVICES, INC., a Delaware corporation,
PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT NETWORK SERVICES, CO., a Delaware corporation, and
KIEWIT CONSTRUCTION CO., a Delaware corporation,

    Defendants,

and

PB NETWORK SERVICES, INC., a Delaware corporation, and
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company, and
KIEWIT NETWORK SERVICES, CO., a Delaware corporation,

    Third-Party Plaintiffs

v.

JAMES STEVENSON,
WILLIAM STEVENSON,
ED CROWSTON, and
LARRY ORTH,

    Third-Party Defendants.

_____

ORDER
_____

    This case is before me on Defendant Kiewit Network Services Co.'s ("KNS") Motion to Reconsider or, in the Alternative, to Require Posting of Supersedeas Bond. By this motion, KNS seeks reconsideration of my Order dated June 29, 2006 wherein I denied its request for the entry

of a satisfaction of the judgment entered in favor of Plaintiff Cross Country Land Services, Inc. ("Cross Country") and against KNS and the entry of a partial satisfaction of the judgment entered in favor of Defendant PB Network Services, Inc. ("PBNS") and against Cross Country and assigned to KNS. KNS argues that this Order effectively prevents it from collecting the PBNS Judgment with no bond as security.

The June 29, 2006 Order was predicated on recognition of the procedural complications that could result if Cross Country successfully appealed the PBNS Judgment after KNS had been granted the relief requested. The potential for these complications remains. Accordingly, I deny KNS's request to alter the June 29, 2006 Order. KNS has, however, raised legitimate concerns regarding its right to collect the PBNS Judgment. I therefore grant KNS's request to require Cross Country to post a supersedeas bond pending its appeal of this judgment pursuant to Fed. R. Civ. P. 62(d).

IT IS THEREFORE ORDERED that

1. Defendant KNS's Motion to Reconsider or, in the Alternative, to Require Posting of Supersedeas Bond [Doc # 454] is GRANTED IN PART and DENIED IN PART; and

2. Plaintiff Cross Country shall file a supersedeas bond with the Court within thirty (30) days of the date of this Order.

Dated: July  28 , 2006 in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE