IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 01-cv-00568-LTB-PAC

CROSS COUNTRY LAND SERVICES, INC., a Texas corporation,

    Plaintiff,

v.

PB TELECOMMUNICATIONS, INC., a Delaware corporation,
LEVEL 3 COMMUNICATIONS, L.L.C., a Delaware limited liability company,
KIEWIT CONSTRUCTION CO., a Delaware corporation,

    Defendants,

and

PB NETWORK SERVICES, INC., a Delaware corporation, and
KIEWIT NETWORK SERVICES, CO., a Delaware corporation,

    Third-Party Plaintiffs
_____

ORDER
_____


On May 2, 2008, the Tenth Circuit Court of Appeals issued its Order and Judgment (No. 06-1279) in the above-captioned case. In it the Tenth Circuit concludes

> "We AFFIRM the district court's requirement, and its timing, that Cross Country elect a remedy. We also AFFIRM the district court's dismissal of Cross Country's breach of contract claim against PBNS and Cross Country's unjust enrichment claim against Level 3. We also AFFIRM the district court's imposition of a constructive trust against KNS and not PBNS. Consequently, we AFFIRM the district court's determination that PBNS was the prevailing party and uphold the district court's award of attorney's fees in favor of PBNS and against Cross Country in the amount of $781,886.50. We REVERSE the district court's ruling requiring Cross Country to indemnify Level 3 for $117,557.91 against Capital Land's claims."

Mandate issued on September 2, 2008. In accordance with the Tenth Circuit Court of Appeals Order and Judgment and Mandate

IT IS ORDERED that this Court's Judgment is amended to DENY Level 3's indemnity claim against Cross Country in the amount of $117,557.91 against Capital Land's claims. This Court's Judgment stands in all other respects.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: September 9, 2008